IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00343-CR-W-HFS |
| LAJUAN D. HOUSE ) | |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER**

A competency hearing was conducted on July 7, 2020, and Magistrate Judge Lajuana M. Counts considered the forensic evaluation prepared by Psychologist, Jason V. Dana, Psy.D, and dated June 3, 2020, in which Dr. Dana determined that, at the present time, the defendant presented no significant symptoms of a mental illness.

After making an independent review of the record, the applicable law, and opportunity for defendant to present an independent evaluation - which he subsequently declined to do - Judge Counts determined that the defendant was not currently suffering from a mental disease or defect which would prevent him

from understanding the nature and consequences of the proceedings against him or assisting in his defense. Thus, Judge Counts concluded that the defendant was competent to proceed.

To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired. Thus, the findings and conclusions in the Report and Recommendation (Doc. 43) are ADOPTED by the undersigned.

s/ HOWARD F. SACHS

Howard F. Sachs

United States District Court Judge

August 4 , 2020

Kansas City, Missouri