IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 18-00343-CR-W-HFS |
| LAJUAN D. HOUSE | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on May 10, 2021, before Magistrate Judge Lajuana M. Counts, defendant entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to Count One of the Information charging defendant with a violation of 18 U.S.C. §§ 922(j) and 924(a)(2), that is, knowingly possessing a stolen firearm

The Plea Agreement states that the Government agrees to dismiss the Counts of the Indictment and the Superseding Indictment at the time of sentencing.

In a Report and Recommendation dated May 10, 2021 (Doc. 53), Judge Counts determined that the guilty plea was knowledgeable and voluntary and that the offenses charged were supported by an independent basis in fact containing each of the essential elements of such offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 53) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

        s/ Howard F. Sachs
HOWARD F. SACHS
United States District Judge

Dated: May 27, 2021
Kansas City, Missouri